IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL BILLY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-13-819-D |
| ) | |
| CAROLYN COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Shon T. Erwin pursuant to 28 U.S.C. § 636(b)(1)(B). Judge Erwin finds that the Commissioner's decision denying Plaintiff's application for disability insurance benefits should be reversed pursuant to 42 U.S.C. § 405(g), and that the case should be remanded for further administrative proceedings necessary to make a proper determination of disability under the standards set forth in the Report, 20 C.F.R. § 415.935, Social Security Ruling 13-2p, and Program Operations Manual System § 90070.050.

No party has filed a timely objection to the Report and Recommendation nor requested additional time to object. Upon consideration, the Court finds that further judicial review of the matters addressed in the Report is waived.

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 16] is ADOPTED as though fully set forth herein. The Commissioner's decision is reversed, and

the case is remanded for further administrative proceedings consistent with the Report and Recommendation. Judgment shall be entered accordingly.

IT IS SO ORDERED this 4th day of December, 2014.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE